

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2015

No. 04-14-00904-CR

Jonathan Matthew **ESCOBEDO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-09-0117-CRA
Honorable Donna S. Rayes, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to November 13, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Richard E. Langlois                    Rene M. Pena
     Law Offices Of Richard E. Langlois     81st District Attorney
     217 Arden Grove                        1327 3rd Street
     San Antonio, TX 78215                  Floresville, TX 78114